Antonio **GELUZ; et al., Plaintiffs–Appellants,**

**and**

**Erlinda Aquino, Plaintiff,**

**v.**

**KINDRED HOSPITAL, doing business as THC–Orange County, Inc., Defendant–Appellee,**

**and**

**Kindred Pharmacy Services, Inc.; et al., Defendants.**

**No. 07–56210.**

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2009.*

Filed April 24, 2009.

Matthew J. Norfleet, Esquire, Law Offices, D. Gregory Valenza, Esquire, Shaw

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Valenza LLP, San Francisco, CA, for Defendants.

Before: GRABER, GOULD, and BEA, Circuit Judges.

### MEMORANDUM **

Antonio Geluz, Marilyn Geluz, and Estela Hernandez ("Appellants") appeal pro se from the district court's judgment dismissing their action under Fed.R.Civ.P. 41(b). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for an abuse of discretion, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir.1992), and we affirm.

The district court did not abuse its discretion by dismissing the action because appellants repeatedly failed to comply with court orders. *See id.* at 1260–61 (discussing factors to be considered before dismissing under Rule 41(b) for failure to comply with a court order); *see also Moneymaker v. CoBen (In re Eisen)*, 31 F.3d 1447, 1455 (9th Cir.1994) ("[An] express warning regarding the possibility of dismissal is [not] a prerequisite to a Rule 41(b) dismissal when dismissal follows a noticed motion[.]")

Appellants' remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.